# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

---------------------------------------------------------

Catherine Martino

USCA NO. _____

SDNY NO. __07cv5527__
JUDGE: __KMW__
DATE: __7/23/ 2007__

-v-

DiFiore et al

---------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
FIRM _____APPEALS SECTION_____
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------------------

DOCUMENTS                                                                                    DOC#

_____

Clerk's Certificate

_____

See Attached List of Numbered Documents

_____

Only Circled Documents Included

_____


( √ ) Original Record                                              ( ____ ) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __23rd__ Day of __July__, 2007.

**United States District Court for
the Southern District of New York**

-------------------------------------------------------

Catherine Martino

-V-

DiFiore et al

-------------------------------------------------------

Date: 7/23 / 2007

U.S.C.A. # _____

U.S.D.C. # __07cv5527__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __23rd__ Day of __July__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05527-KMW
#### Internal Use Only

Martino v. DiFiore et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 06/11/2007
Date Terminated: 06/11/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Catherine Martino.(mbe) (Entered: 06/29/2007) |
| 06/11/2007 | 2 | COMPLAINT against Janet DiFiore, Jane Doe, John Doe, Brian Donohue, No. 6. Document filed by Catherine Martino.(mbe) (Entered: 06/29/2007) |
| 06/11/2007 |  | Magistrate Judge Theodore H. Katz is so designated. (mbe) (Entered: 06/29/2007) |
| 06/11/2007 | 3 | ORDER OF DISMISSAL Plaintiff's request to proceed in forma pauperis is granted. For the following reasons, however, this action is dismissed. Therefore, to the extent plaintiff raises the abovementioned claims for the monetary damages against prosecutors, such claims are dismissed as plaintiff has failed to allege facts demostrating that any of these defendants' actions were outside the judicial phase of the criminal prosecution of plaintiff. 28 U.S.C. 1915 (e)(2)(B)(iii). Accordingly, plaintiff's action is dismissed. 28 U.S.C. 1915(e)(2). The Court certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/2007) (mbe) (Entered: 06/29/2007) |
| 06/11/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/2007) (mbe) (Entered: 06/29/2007) |
| 07/03/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint),. Document filed by Catherine Martino. (nd) (Entered: 07/19/2007) |
| 07/03/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Catherine Martino. IFP REVOKED ON 6/11/2007. FILING FEE of $455.00 DUE. (nd) (Entered: 07/19/2007) |
| 07/19/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (nd) (Entered: 07/19/2007) |
| 07/19/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (nd) (Entered: 07/19/2007) |